UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CEDRIC JONES,

    Plaintiff,

v.        CASE NO.: 4:10-CV-116-SPM/WCS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court on the Parties' Motions (docs. 17, 18) to permit the use of laptop computers, cell phones, video equipment, and computer equipment at the courthouse during the trial, and Plaintiff's unopposed Motion (doc. 19) to allow the use of video depositions. Upon consideration, the Motions (docs. 17, 18, 19) are hereby GRANTED.

    **SO ORDERED** this first day of March, 2011.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      Chief United States District Judge